IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CERMEN L. TONEY,

    Defendant.      Case No. 03-cr-30046-DRH

### ORDER

**HERNDON, District Judge:**

    Before the Court is Defendant's Motion to Continue the Revocation hearing (Doc. 41), currently set for August 14, 2007. Counsel for Defendant was only recently assigned to this case on August 7, 2007, he will be out of office from August 10th through August 20th, and further needs additional time to investigate and address issues concerning the Government's Petition to Revoke Defendant's Supervised Release. In light of counsel's recent appointment, his unavailability during the current hearing setting and the need for further diligent preparation, the Court hereby **GRANTS** Defendant's Motion to Continue (Doc. 41). The Revocation Hearing is hereby rescheduled for **Thursday, August 30, 2007 at 10:30 a.m.**

    **IT IS SO ORDERED.**

    Signed this 9th day of August, 2007.

    /s/    David    RHerndon
    **United States District Judge**